UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ENCHANTE ACCESSORIES, INC.,

                        **Plaintiff,**

      -against-

TURKO TEXTILE, LLC,

                        **Defendant.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2020

19-CV-00581 (WHP)(SN)

**DISCOVERY CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff is ORDERED to respond to Defendant's January 13, 2020 Letter by January 21, 2020. A discovery conference is scheduled for Thursday, January 23, 2020, at 12:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, to discuss Defendant's motion to compel. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 16, 2020
               New York, New York