UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ENCHANTE ACCESSORIES, INC.,

                         **Plaintiff,**

         -against-

**TURKO TEXTILE, LLC,**

                         **Defendant.**

-------------------------------------------------------------X

19-CV-00581 (WHP)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2020

**SARAH NETBURN, United States Magistrate Judge**:

      In light of the close of fact discovery on March 6, 2020, the parties are directed to contact Courtroom Deputy Rachel Slusher with both parties on the line at (212) 805-0286 to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                       _____
                                                       SARAH NETBURN
                                                     United States Magistrate Judge

DATED:      March 10, 2020
               New York, New York