UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ENCHANTE ACCESSORIES, INC.,

                    Plaintiff,                    19-CV-00581 (WHP)(SN)

      -against-                            **ORDER**

TURKO TEXTILE, LLC,

                    Defendant.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On October 6, 2020, the parties appeared before me for a discovery conference. As stated at the conference, the following will apply:

    1.    Defendant shall be permitted to depose Mr. Abraham Weinberger under Fed. R. Civ. Proc. 30(b)(1) and 30(b)(6). The total time of Mr. Weinberger's deposition will be limited to three and a half hours.

    2.    Plaintiff will produce the 32 photos in question in .jpeg format.

    3.    Defendant's request for the General Mills license agreement is denied.

    4.    The parties shall file a letter by October 13, 2020, updating the Court on the parties' intent to engage in a settlement conference and the status of any ongoing discovery disputes. Parties shall also propose a briefing schedule for summary judgment motions.

**SO ORDERED.**

                                                                       _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:    New York, New York
                October 9, 2020