UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ENCHANTE ACCESSORIES, INC.,

                      Plaintiff,                     19-CV-00581 (WHP)(SN)

        -against-                          **ORDER**

TURKO TEXTILE, LLC,

                      Defendant.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On March 15, 2019, the Court set a discovery schedule, which contemplated that fact discovery would conclude on September 13, 2019. That schedule has been repeatedly extended. See ECF 29 (extending deadline for fact discovery to December 13, 2019); ECF 31 (extending deadline to February 11, 2020, and noting "this Court will not grant any further extensions absent extraordinary circumstances"); ECF 41 (extending the fact discovery deadline *nunc pro tunc* to June 5, 2020, and directing the parties to "work diligently to comply with these deadlines"); ECF 43 (extending the fact discovery deadline to August 4, 2020, and the deadline for all discovery to October 6, 2020); ECF 45 (extending the deadline for fact discovery to October 3, 2020, and noting that "the Court does not anticipate granting additional time to complete discovery"). Additionally, the parties have raised numerous discovery disputes and the Court has held numerous discovery conferences, most recently on October 6, 2020. In none of those applications did the parties raise deposing Ms. Hilfiger, who as Defendant notes was first identified as a witness on March 4, 2020. In light of this record, Plaintiff's motion to compel compliance of the subpoena served on Ms. Hilfiger on Wednesday, September 30, 2020, against a Saturday, October 3, 2020 deadline, is without merit. Plaintiff must show good cause for

serving a discovery demand that could not reasonably be complied with within the discovery deadline and it has failed to do so. Accordingly, Plaintiff's motion to compel is denied.

The Court adopts the parties' schedule to file pre-motion letters with Judge Pauley. The parties should direct any request to modify the pre-trial filing deadlines to Judge Pauley.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
          October 14, 2020