USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ENCHANTE ACCESSORIES, INC.,

                       **Plaintiff,**

-against-

TURKO TEXTILE, LLC,

                       **Defendant.**

-----------------------------------------------------------------X

19-CV-00581 (WHP) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      A status conference in this matter is scheduled for Monday, July 19, 2021, at 10:00 a.m. At the scheduled time, the parties shall call into the Court's dedicated teleconferencing line at (877) 402-9757 and enter access code 7938632, followed by the pound (#) sign.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               July 15, 2021