```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ENCHANTE ACCESSORIES, INC.,

                             **Plaintiff,**                       19-CV-00581 (WHP) (SN)

              -against-                                            **ORDER**

TURKO TEXTILE, LLC,

                             **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        As discussed at the status conference on Monday, July 19, 2021, the parties shall finalize their joint statement of material facts by September 3, 2021. Plaintiff shall file its motion for summary judgment by September 20, 2021, which shall be no longer than 25 pages. Defendant shall file its cross motion for summary judgment and opposition to Plaintiff's motion for summary judgment by October 20, 2021, which shall be no longer than 45 pages. Plaintiff shall file its reply brief in support of its motion for summary judgment and opposition to Defendant's cross-motion for summary judgment by November 22, 2021, which shall be no more than 30 pages. Defendant shall file its reply in support of its cross-motion for summary judgment by December 17, 2021, which shall be no more than 10 pages.

**SO ORDERED.**

                                                                         _____
                                                                          SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:       July 20, 2021
                     New York, New York