```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ENCHANTE ACCESSORIES, INC.,

                    **Plaintiff,**              19-CV-00581 (WHP) (SN)

       -against-                                 <u>**ORDER**</u>

TURKO TEXTILE, LLC,

                    **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On October 14, 2021, Defendant submitted a request for an extension of time to file its cross motion for summary judgment and opposition to Plaintiff's motion for summary judgment via email to the Court. Defendant's request for an extension of time to file is GRANTED in part. Defendant shall file its cross motion for summary judgment and opposition to Plaintiff's motion for summary judgment no later than November 3, 2021. Plaintiff shall file its reply brief in support of its motion for summary judgment and opposition to Defendant's cross-motion for summary judgment by December 3, 2021. Defendant shall file its reply in support of its cross-motion for summary judgment by January 3, 2022.

**SO ORDERED.**

                                                                _____
                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:      October 18, 2021
                 New York, New York