UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ENCHANTE ACCESSORIES, INC,

                                      **Plaintiff,**                    19-CV-00581 (GHW)(SN)

                 -against-                                        <u>**ORDER**</u>

TURKO TEXTILES, LLC,

                                      **Defendant.**
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On October 18, 2021, the Court granted in part Defendant's request for an extension of time to file. On October 20, 2021, Plaintiff submitted a request for an extension of time to file its reply and opposition to Defendant's motion for summary judgment via email to the Court. Plaintiff's request for an extension of time is GRANTED. The Court also grants an additional one-week extension to Defendant. The Defendant shall file its cross motion for summary judgment and opposition to Plaintiff's motion for summary judgment no later than November 10, 2021. Plaintiff shall file its reply and opposition to Defendant's motion for summary judgment by February 18, 2022. Defendant shall file its reply by March 18, 2022. No further extensions will be granted.

      In addition, the Parties shall redact the personal information contained in the letters submitted on October 14, 2021, and October 20–21, 2021 via email and file them on the docket by October 27, 2021.

**SO ORDERED.**

DATED:    October 25, 2021
               New York, New York

SARAH NETBURN
United States Magistrate Judge