UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ENCHANTE ACCESSORIES, INC.,

                              **Plaintiff,**                    19-CV-00581(GHW)(SN)

        -against-                                       **ORDER**

TURKO TEXTILES, LLC,

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       In light of the Court's recommendation to Judge Woods on the parties' motion for summary judgment, the parties are ORDERED to meet and confer as to whether they would like to STAY the objection period to facilitate settlement. Any such application for a stay should be filed within 14 days. The parties should contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov if they wish to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:     July 18, 2022
               New York, New York