USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ENCHANTE ACCESSORIES, INC.,  :
:
                  Plaintiff, :
:    1:19-cv-581-GHW
-v - :
:    <u>ORDER</u>
TURKO TEXTILE, LLC, :
:
                Defendant. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    In light of Judge Netburn's decision striking the jury demand, the jury trial scheduled to begin on Monday, July 24, 2023 is cancelled and the deadlines for pretrial submissions in the Court's November 2, 2022 order are adjourned *sine die*. *See* Dkt. Nos. 163, 170. Instead, a bench trial in this matter will begin on **Monday, July 24, 2023 at 9:00 a.m.** The parties are directed to submit a joint pretrial order, memoranda of law, and the other pretrial materials outlined in the Court's Individual Rule 5 no later than **April 12, 2023**. Opposition papers to any legal argument in a pretrial memorandum must be filed within seven days thereafter, and reply papers must be filed within four days of any opposition. Additionally, by **April 12, 2023**, the parties are directed to submit to the Court affidavits constituting the direct testimony of each trial witness, except for testimony of an adverse party, a person whose attendance must be compelled by subpoena, or a person for whom a party has requested and the Court has agreed to hear direct testimony during the trial. Three business days after submission of such affidavits, counsel for each party should submit a list of all affiants whom he or she intends to cross-examine at the trial. The original affidavits will be marked as exhibits at trial.

Any motions *in limine* must also be filed no later than **April 12, 2023**. As outlined in the Court's Individual Rule 5(B)(i), if any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed; courtesy copies of all other trial materials are due when filed. Courtesy copies should be provided in hard copy and USB format.

The Court will hold a final pretrial conference in this case on **Wednesday, May 31, 2023 at 9:00 a.m.** to discuss the parties' pretrial submissions and, if necessary, to hear oral argument and potentially rule on any motions *in limine*. Both the final pretrial conference and the bench trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

The Court will hold a teleconference on February 9, 2023 at 4:00 p.m. to discuss the trial and to discuss Plaintiff's request for an advisory jury pursuant to Federal Rule of Civil Procedure 39(c). *See* Dkt. No. 168 at 1, 4-6. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: January 27, 2023  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge